James E. Galaway, a Minor, by Elmo O. Galaway, his Guardian, Plaintiff-Appellee, v. A. H. Thompson, Defendant-Appellant.

Gen. No. 9,801.

Cotton, Massey, Anderson & Gibson, for appellant; Robert F. Cotton, and Robert L. Gibson, of counsel; George V. Dole, for appellee. Opinion by JUSTICE REYNOLDS. **Not to be published in full.** Opinion filed March 11, 1952; released for publication April 7, 1952.